**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| BRAYON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:24-cv-00074-MTS |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Under Federal Rule of Civil Procedure 11, "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Further, Local Rule 2.11 recognizes a "person's name on a signature block" as a signature only if that person made "[a]n authorized filing . . . through [that] person's electronic filing account." *Accord* Fed. R. Civ. P. 5(d)(3)(C). The Local Rule goes on to explain that even if a document is electronically filed, if it has been signed by someone "other than an attorney of record," then "the document must be physically signed." E.D. Mo. L.R. 2.11.

Here, pro se Plaintiff Brayon Williams has failed to sign any of his filings. *See, e.g.*, Doc. [1], [8]. Instead, he has simply typed his name or typed various letters. *See, e.g.*, Doc. [9]. Since Plaintiff is not an attorney of record, his typed name fails to satisfy the Federal Rules of Civil Procedure and the Local Rules. *See, e.g.*, *Dean v. Stobie*, 4:24-cv-00074-MTS, 2024 WL 2846673, at *1 (E.D. Mo. June 5, 2024). Plaintiffs must physically sign these papers and resubmit them. If Plaintiffs fail to do so, the Court must

strike the filings as required by Federal Rule of Civil Procedure 11(a).  Likewise, Plaintiff must sign all future filings.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Friday**, **November 22, 2024**, Plaintiff shall submit signed versions of his filings in compliance with this Memorandum and Order.  If Plaintiff fails to do so, the Court will strike his filings, which, without any pleadings, motions, or other papers on file, will result in dismissal of this action.

Dated this 1st day of November 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE